834

tiorari denied. *Plato E. Papps* for petitioner. *Oscar H. Davis,* then Acting Solicitor General, *Theophil C. Kammholz, Dominick L. Manoli* and *Frederick U. Reel* for respondent.

No. 193. WEST ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Frank E. Flynn* for petitioners. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Morton* and *Roger P. Marquis* for the United States.

No. 196. VERNACI *v.* LOUISIANA;
No. 197. HABENEY *v.* LOUISIANA; and
No. 198. CALLIA ET AL. *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *Felicien Y. Lozes* for petitioners in Nos. 196 and 197. *Bentley G. Byrnes* and *George J. Gulotta* for petitioners in No. 198. Reported below: 229 La. 758, 796, 86 So. 2d 895, 909.

No. 200. A. L. COUPE CONSTRUCTION CO., INC., ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Robert Sheriffs Moss, Ralph E. Becker* and *Bailey Walsh* for petitioners. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 202. JOCKEY CLUB *v.* UNITED STATES. Court of Claims. Certiorari denied. *John W. Burke, Jr.* and *H. C. McCollom* for petitioner. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Rice, A. F. Prescott* and *Melva M. Graney* for the United States.

No. 203. PEZZNOLA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Paul T. Smith* and *Reuben Goodman* for petitioner. *Oscar H. Davis,* then Acting Solicitor

General, *Assistant Attorney General Rice* and *Dickinson Thatcher* for the United States.

No. 206. LEONARD *v.* BOWERS, TAX COMMISSIONER OF OHIO. Supreme Court of Ohio. Certiorari denied. *John H. Leonard, pro se. C. William O'Neill,* Attorney General of Ohio, and *William E. Herron,* Assistant Attorney General, for respondent.

No. 207. KLEIN, TRUSTEE IN BANKRUPTCY, *v.* BRANDT & BRANDT PRINTERS, INC. C. A. 2d Cir. Certiorari denied. *Joseph Calderon* for petitioner. *Chauncey H. Levy* and *Sydney Basil Levy* for respondent.

No. 209. CHICAGO GREAT WESTERN RAILWAY Co. *v.* SCOVEL. C. A. 8th Cir. Certiorari denied. *David L. Grannis* and *Bryce L. Hamilton* for petitioner. *A. Harold Peterson* for respondent.

No. 210. STONEKING *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Daniel J. Leary* for petitioner. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Olney, Robert S. Erdahl* and *Joseph A. Barry* for the United States.

No. 212. KAUFMANN & BAER Co. ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Harry J. Rudick* and *Mason G. Kassel* for petitioners. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Rice* and *Robert N. Anderson* for the United States.